**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6607

DEXTER MCPHAIL,

Plaintiff - Appellant,

versus

RHONDA RAYNOR; NORMAN WAYNE NAYLOR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, District Judge.  (5:07-ct-03024-D)

Submitted:  June 21, 2007                Decided:  June 29, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dexter McPhail, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter McPhail appeals the district court's order dismissing his action pursuant to 42 U.S.C. § 1983 (2000) for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McPhail v. Raynor</u>, No. 5:07-ct-03024-D (E.D.N.C. Mar. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>